O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | CV 07-5484 AHM (Ex) | **Date** | October 31, 2008 |
| **Title** | APPLIED BUSINESS SOFTWARE, INC. *et al.* v. AMERICAN SECURITY FINANCIAL CORP., *et al.* | | |

**Present: The Honorable** A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:           Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

This Court recently inherited this case from another chambers. The Court *sua sponte* modifies the schedule. The new schedule is contained in the attached "Presumptive Schedule of Pretrial Dates."

Initials of Preparer          *[signature]*

## JUDGE A HOWARD MATZ
### PRESUMPTIVE SCHEDULE OF PRETRIAL DATES

| Matter | Time | Weeks before trial | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) (court) Estimated length: _____ days | 8:00 a.m. | | | | 5/5/09 |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | -1 | | | ✗ |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case | 11:00 a.m. | -2 | | | 4/20/09 |
| Lodge Pretrial Conf. Order File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | -4 | | | 4/6/09 |
| Last day for hand-serving Motions in Limine | | -6 | | | 3/23/09 |
| Last Day to Meet Before Final Pretrial Conference (L.R. 16-2) | | -8 | | | 3/9/09 |
| Last day for hearing motions | 10:00 a.m. | -8 | | | 3/9/09 |
| Last day for hand-serving motions and filing (other than Motions in Limine) | | -12 | | | 2/9/09 |
| Non-expert Discovery cut-off | | -14 | | | 1/21/09 |

### ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE

L.R. 16-15 Settlement Choice:   (1) CT/USMJ     (2) Atty     **(3) Outside ADR**

| Matter | Time | Weeks before trial | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| Expert discovery cut-off | | -6 | | | 1/21/09 |
| Rebuttal Expert Witness Disclosure | | -9 | | | ✗ |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | -13 | | | ✗ |
| Last day to conduct Settlement Conference | | | ■ | ■ | |
| Last Day to Amend Pleadings or Add Parties | | | ■ | ■ | |

# EXHIBIT A